OPINION — AG — **** PAROLE VIOLATIONS — PERSONS RESPONSIBLE FOR REPORTING AND RECOMMENDING **** BOTH THE DEPUTY DIRECTOR, DIVISION OF PROBATION AND PAROLE, DEPARTMENT OF CORRECTIONS, AND THE PARDON AND PAROLE BOARD HAVE A DUTY TO REPORT AND MAKE RECOMMENDATIONS TO THE GOVERNOR ON ALLEGED PAROLE VIOLATIONS. CITE: 57 O.S. 1961 332.1-332.14 [57-332.1], — [57-332.14], 57 O.S. 1969 Supp., 332.4 [57-332.4], 57 O.S. 1961 346 [57-346], 57 O.S. 1969 Supp. 501-524 [57-501], [57-524], 57 O.S. 1969 Supp., 514 [57-514], OPINION NO. 69-253 (HUGH COLLUM)